# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TOMMY McGUIRE,

       Petitioner,                              Case Number: 16-13740
                                                        Hon. Matthew F. Leitman

v.

JULIA JONES, et al.,

       Respondents.

_____/

## ORDER DENYING PETITIONER'S MOTION
## TO ALTER OR AMEND JUDGMENT (ECF #3)

On October 12, 2016, Petitioner Tommy McGuire ("McGuire") filed a petition for a writ of habeas corpus in this Court (the "Petition"). (*See* ECF #1.) The Court transferred the Petition to the United States District Court for the Middle District of Florida by written order on October 24, 2016 (the "Transfer Order"). (*See* ECF #3.) McGuire has now filed a motion asking the Court to alter or amend the Transfer Order (the "Motion").

The Motion is **DENIED** for lack of merit in the grounds presented. There is simply no basis for any assertion by McGuire that this action may properly be brought and/or maintained in this judicial district and this Court.

**IT IS SO ORDERED**.

                                                  /s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
Dated: November 8, 2016               UNITED STATES DISTRICT JUDGE

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2016, by electronic means and/or ordinary mail.

               s/Holly A. Monda
               Case Manager
               (313) 234-5113